UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.        Case No. 19-CR-151

RUBEN ORTIZ, JR.,

    Defendant.

## FINAL ORDER OF FORFEITURE AND JUDGMENT

The Court, having considered the motion of the United States of America together with the declaration of Assistant United States Attorney William J. Roach, and being satisfied that the terms and provisions of Title 21, United States Code, Section 853, have been satisfied,

IT IS ORDERED, pursuant to Title 21, United States Code, Section 853, that the United States of America has clear title to the one 2007 Mercedes Benz S550 Sedan, VIN WDDNG86Z77A136379, and may dispose of the property according to law.

Dated at Green Bay, Wisconsin, this 14th day of July, 2022.

        s/ William C. Griesbach
        WILLIAM C. GRIESBACH
        United States District Judge